

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ABEL LACHICA,       §      No. 08-21-00022-CV

     Appellant,      §      Appeal from the

v.            §      388th District Court

IRASEMA MEDINA,      §      of El Paso County, Texas

     State.       §      (TC# 2017DCDM3579)

§

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **December 23, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ali M. Walker, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before December 23, 2021.

IT IS SO ORDERED this 18th day of November, 2021.


            PER CURIAM


Before Rodriguez, C.J., Palafox, and Alley, JJ.